ORDER
The order filed April 17, 2006, denying the petition for rehearing and petition for rehearing en banc is amended as follows:
After the sentence, “The matter failed to receive a majority of the votes of the non-recused active judges in favor of en banc consideration,” insert the following sentence: “Judge Fisher and Judge Berzon were recused from all proceedings in this case.”
ORDER
The panel has voted unanimously to deny the petition for rehearing and petition for rehearing en banc.
The full court has been advised of the petition for rehearing en banc. A judge of the court requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Judge Fisher and Judge Berzon were recused from all proceedings in this case. Fed. R.App. P. 35(b).
The petition for rehearing and the petition for rehearing en banc are DENIED.